WILLIAM SARNELLI, Appellant, v. 3RD AND AVE. X CORP., Respondent.

No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

PAUL SASSO, Plaintiff, v. VITO SANTEVECCHI, Individually and Doing Business as SAUVI CONSTRUCTION Co., Defendant and Third-Party Plaintiff-Respondent. PAR PLUMBING Co., Third-Party Defendant-Appellant.— In our opinion, in the main complaint the defendant and third-party plaintiff is charged only with active negligence, not with the omission or failure to perform a nondelegable duty (*Putvin* v. *Buffalo Elec. Co.*, 5 N Y 2d 447). The third-party complaint is a " complete disavowal of negligence on the part of the defendant and third-party plaintiff, thus eliminating any possible premise upon which the original plaintiff could obtain a judgment against the third-party plaintiff " (*Kile* v. *Riefler Bros. Contrs.*, 282 App. Div. 1000). Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.